UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,                      :

        -against-                                  :

                                :

Lester Almonte Suazo                            :
               Defendant.

                                :
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

14 Cr.  256  (VB)

Briccetti, J

## ORDER ACCEPTING PLEA ALLOCUTION

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record.  The Report and Recommendation of the Honorable Lisa Margaret Smith , United States Magistrate Judge, dated June 20, 2014 , is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: White Plains, New York
     June 24, 2014

_____
Vincent Briccetti
United States District Judge